**Order entered December 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00867-CV

**IN RE LAURIN AVERETT SMITH, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MATTHEW MARK SMITH, DECEASED, AS NEXT FRIEND OF S.S., A MINOR, ERIN BRACEY, AS NEXT FRIEND OF T.B.S., A MINOR, DAVID MARK SMITH AND TRUDY LYNN SMITH, Relators**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-12828**

## ORDER
Before Chief Justice Wright, Justice Fillmore and Justice Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/Craig Stoddart/
CRAIG STODDART
JUSTICE